UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TOTAL HEALTH CHIROPRACTIC, LLC, AND TOTAL HEALTH WEST, LLC | * * * | CIVIL ACTION NO. 06-CV-08747 |
| VERSUS | * * | JUDGE: LIVAUDAIS (E) |
| ALLSTATE INSURANCE COMPANY | * * | MAGISTRATE: SHUSHAN (1) |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the above and foregoing Joint Motion to Remand;

**IT IS HEREBY ORDERED** that the Joint Motion to Remand be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is remanded to the Civil District Court for the Parish of Orleans, State of Louisiana, for all further proceedings.

New Orleans, Louisiana, this __1st__ day of _____July_____, 2008.

_____
UNITED STATES DISTRICT JUDGE

4818-7065-4722.1